# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In the Matter of the Search of: | 20-MC-753 |
| **Samsung Galaxy S6 Phone with IMEI#357743061617738 as described in Attachment A, currently located at** Homeland Security Investigations office in **Portland, Oregon** | ORDER TO UNSEAL |

Based upon motion by the United States;

The above-referenced Search Warrant and supporting documents are hereby unsealed.

**IT IS SO ORDERED** this  16   day of September 2020.

*/s/ Jolie A. Russo*
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

Presented by:
BILLY J. WILLIAMS
United States Attorney

*/s/ Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney